Randy L. VALENTINE,
Plaintiff–Appellant,

v.

D. RICHARDSON, Officer; Lieutenant Pressly; R. Goins, Officer; Officer Bennet; Officer Labonte; Officer Creasy; D. Gardo, Officer; Correctional Officer Williams; Officer Youngblood; Jonathan Tally, Officer; Sergeant Nation; B. Jones, Officer; Officer Doe; Kristy McCraw, Officer; Greenville County, Defendants–Appellees,

and

Nurse Gay; Legesse Tebeje, M.D.; Nurse Judy; Lawrence Crane, Attorney; John Caleb Pease, M.D.; Greenville Hospital System, Defendants.

No. 08–6242.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 1, 2008.

Randy L. Valentine, Appellant Pro Se. Russell W. Harter, Jr., Chapman, Harter & Groves, PA, Greenville, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Valentine v. Richardson,* No. 4:05–cv–00485–HMH, 2008 WL 80129 (D.S.C. Jan. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*